## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| AUSTIN'S NATURAL FROZEN POPS, INC. d/b/a GOODPOP | Case No. 1:24-cv-00716 |
| Plaintiff, | |
| v. | **COMPLAINT** |
| JONNY POPS, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff Austin's Natural Frozen Pops, Inc. d/b/a GoodPop ("GoodPop") brings federal and state claims against Defendant Jonny Pops, LLC ("JonnyPops"), and requests relief from this Court based on the following:

### INTRODUCTION

1.      Since they were invented by an 11-year-old boy in the early years of the 20th century, popsicles, or "pops," have been a treat of choice for children and adults alike.  But today, consumers are increasingly focused on ensuring that the treats they and their children eat are sourced from healthy ingredients and not packed with heaps of added sugar.  Meeting that demand is Plaintiff GoodPop's mission.  Based in Austin, GoodPop uses high-quality ingredients to create delicious and wholesome pops that are genuinely good, inside and out.

2.      Like GoodPop, competitor Defendant JonnyPops sells pops to satisfy the substantial consumer demand for better-for-you treats in the United States.  But unlike GoodPop, JonnyPops is a wolf in sheep's clothing.  Sold in healthy grocery stores like Whole Foods and Sprouts, JonnyPops plasters pictures of fruit all over its packaging to intentionally dupe consumers and retailers into believing that its pops are made from fruit, even brazenly calling one version

"Fruit Stacks."  Yet the two main ingredients in the pops are *not* fruit; they are water and *added cane sugar*.  Indeed, JonnyPops's pops have *66% more added sugar* per fluid ounce than a traditional Coke.  And to find any actual fruit content in JonnyPops's fake fruit, sugar water products, you will need to go to the very the end of the ingredients list, where the usages are an estimated less than 2% of the total formula.  On the back of pumping more than a million pounds of added sugar into the bodies of children and adults through its trojan horse pops, JonnyPops has grown to tens of millions in annual sales with an estimated *70%+* from their fake fruit pops.  Put simply, JonnyPops is a willful bad actor who is harming children, adults, and truthful competitors like GoodPop by flooding the market with pops that are genuinely bad, inside and out.

3.      GoodPop began selling frozen treats at farmers markets in Austin in 2009.  Consistent with its mission to create better treats for children and adults, GoodPop released pops made of 100% fruit juice and no added sugar or sweeteners.  Though the flavors vary, one of the primary ingredients in GoodPop's pops is fruit.  And even where GoodPop has released adult products with added sugar that use pictures of fruit, fruit is a top-two ingredient.  GoodPop's dogged focus on creating better-for-you treats has helped grow its sales every year and expanded its reach from farmers markets to national stores like Whole Foods, Costco, and Walmart.

4.      Historically, JonnyPops focused on selling dairy and ice cream based treats that it marketed as a "smoothie-on-a-stick."  But after witnessing the success of GoodPop, and the increasing consumer demand for better-for-you treats, JonnyPops released its own line of pops to appeal to those consumers.  And it also mimicked GoodPop's mission statement by targeting its pops at health-conscious families along with the promise of doing good in the world.

5.      Central to JonnyPops's deception is the front of its packaging.  It is common knowledge that consumers approaching a freezer will only see the front of the product when

opening a freezer door, as can be seen in this picture from a Whole Foods store in Austin:



6.      Knowing that many consumers will only focus on the front, JonnyPops plasters pictures of fruit all over the front of its packaging:



7.      But these pops are *not* actually made of fruit, let alone the fruit displayed on the packaging.  For example, for the "Fruit Stacks" product on the left, the top two ingredients are purified water and 10 grams of organic cane sugar.  In addition to those two primary ingredients, the only "fruit" that the "Fruit Stacks" product contains are miniscule amounts (likely just a couple drops) of: organic fruit and vegetable juice *for color*; organic orange juice concentrate; and organic cherry juice concentrate.   These fruit-based ingredients appear after ingredients whose recommended usages are typically no more than 1 to 2% of the total formula, such as natural flavors and citric acid.  The only reason for JonnyPops to include these tiny amounts of juice and concentrate in their pops is to try to justify its deception: load up its pops with added sugar that consumers don't want while adding insignificant amounts of juice and concentrate to claim that

they are not lying.  Plus, despite displaying lemon, lime, blue raspberry, and grapes all over the front of its packaging, JonnyPops's "Fruit Stacks" product *contains none of those fruits*. JonnyPops's deception thus corrupts the entire front of its packaging visible to consumers to stores:



8.     Indeed, despite JonnyPops being placed next to GoodPop in retail locations, the products are vastly different, including:



9.      Consumers have been misled by JonnyPops's lies and deception.  For example, in one survey of household grocery shoppers aged 18 to 65 years, nearly half of respondents believed that JonnyPops's "Fruit Stacks" are primarily made out of fruit.  In addition, over two-thirds believed that "Fruit Stacks" is made of at least 50% fruit and one-third believed that JonnyPops is made of at least *90%* fruit.  For that same product, more than two-thirds of respondents were misled into believing that it contains lime, lemon, blue raspberry, and grapes.  This same issue infects all of JonnyPops's pops that have flooded the marketplace with the purpose of directly competing with GoodPop for consumers looking for better-for-you products for their families.



10.     Retailers have also been misled.  Sprouts released an advertisement in March 2024 that incorrectly represented, based on JonnyPops' own false marketing, that JonnyPops is "[m]ade with simple ingredients *like 100% real fruit*."  And despite not carrying sugared beverages like Coca Cola, healthy grocery stores like Whole Foods and Sprouts sell and market JonnyPops, whose pops are primarily made of added sugar and have 66% more sugar per fluid ounce than a traditional Coke:

**A JonnyPop has <u>66% MORE ADDED SUGAR</u> per fl oz than a Coke!**

**5.4g** added sugar per fl oz

**3.25g** added sugar per fl oz





11.     Unfortunately, JonnyPops's deception has been successful, leading to large sales growth every year and hindering GoodPop's sales growth and market share.   Indeed, upon information and belief, JonnyPops's pops that rely on false advertising made up just 2% of JonnyPops's revenue in 2020, but now make up over *66%* of its total revenue.   And based on increased distribution obtained through false advertising, on information and belief, JonnyPops's revenue is *six multiples* of what it was in 2019.

12.     JonnyPops's deception has real consequences for health, especially for children. Based on its product labels, parents have commented that JonnyPops is "a perfect choice for parents like me who don't want to give their kids a treat without loading them with sugar."   The United States government states in its Dietary Guidelines for Americans that "infants and young children have virtually no room in their diet for added sugars" and consuming "overly sweet foods" as a child will affect their taste preferences for a lifetime.   Despite knowing that its pops have up to 13 grams of added sugar, JonnyPops *still* recklessly and irresponsibly targets its deceptive advertising to parents of infants and young children, even primarily posting pictures of young children on its Instagram page (a selection of which are included below):



13.     Though GoodPop is a strong proponent of competition, that competition must be fair and cannot rely on deceit and trickery.  GoodPop brings this action to finally put a stop to JonnyPops's false advertising and willful deception, and recover damages for the substantial harm inflicted by JonnyPops's false advertising on GoodPop.

## THE PARTIES

14.     Plaintiff GoodPop is a corporation organized under the laws of Texas, with its headquarters in Austin, Texas.

15.     Defendant JonnyPops is a Minnesota limited liability corporation managed by Minnesota resident Thomas Erik Brust.

## JURISDICTION AND VENUE

16.    This Court has subject matter jurisdiction over the claims pursuant to 28 U.S.C. §§ 1331 and 1367.  The Court has federal question jurisdiction in this case over the claim brought under federal law and supplemental jurisdiction over the claim brought under state law.

17.    This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because GoodPop and JonnyPops are diverse, and the amount in controversy exceeds $75,000.

18.    This Court has personal jurisdiction over JonnyPops because JonnyPops has directed its wrongful conduct at the State of Texas by: (1) selling and distributing its products with false and misleading representations to Texas residents in retail stores in Texas; and (2) advertising and promoting its products with false and misleading representations to Texas residents through various means of advertising, including over the internet.

19.    Venue lies in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because JonnyPops sells, distributes, advertises, and promotes its products with false and misleading representations to residents of the Western District of Texas, including in retail stores in the Western District of Texas, such as in Austin.

## FACTUAL BACKGROUND

### *GoodPop Achieves Success Based on Truthful Advertising*

20.    GoodPop was founded in 2009 by Daniel Goetz, then a college senior at the University of Texas, who sold his popsicles at farmers markets in Austin.  Since then, GoodPop has been a highly successful producer of all natural and organic pops, frozen desserts, and sparkling juices.

21.    Since its founding, GoodPop's mission has been to provide delicious and better-for-you treats that are part of a happy, healthy life.  Therefore, its products use whole, real, and

organic ingredients so that they can be enjoyed by the entire family.  And importantly, GoodPop products do not include any high-fructose corn syrup, sugar alcohol, sweeteners, or artificial dyes.

22.     Since 2017, GoodPop has been a Certified B Corp, which ensures that its entire business and all of its operation is accountable to all of its stakeholders, from its workers and suppliers to the communities it serves and the environment.  GoodPop strives to use its products as a force for good and is made up of a passionate team of do-gooders who want to use its frozen treats as a vehicle to create social and environmental impact.  As part of this mission, GoodPop created the Pledge Good Foundation to partner with nonprofits to improve their communities, including by, among other things, supporting under-resourced schools, providing meals to hungry families, helping pets receive veterinary care, and contributing to initiatives focused on food justice and gardening.  In GoodPop's view, the "Good" in its name is not just about the ingredients in its products, but also its desire to inspire a "World of Good."  In other words, GoodPop's focus, core mission, and central reason for existence has been "Good Pops, Good Purpose."

23.     Based on its pure mission and truthful advertising, GoodPop has won numerous awards for its products, including the 2024 NEXTY Award for Best New Frozen Dessert and Goodhousekeeping's Snack Awards for the Best Frozen Fruit Pops and Healthy Snack.

24.     GoodPop grown to 52 full-time employees and gained shelf space in major retailers, including most recently in select Target locations.  GoodPop became the number one frozen novelty brand at Whole Foods Market as well as the fastest growing better-for-you novelty brand in Walmart, all while helping reduce the added sugar intake of children.  Based on its loyal consumers, partner retailers, and tremendous employees, GoodPop has enjoyed substantial double-digit sales growth *every year* since it was founded in 2009.

*Noticing GoodPop's Success, JonnyPops Decides to Copy*

25.     JonnyPops is a Minnesota-based company that is also a producer of frozen treats. It started off producing dairy-based frozen treats, but a few years ago decided to enter the better-for-you pops market.  On information and belief, JonnyPops chose to copy GoodPop's brand positioning and products after seeing GoodPop's success in this market segment.

26.     Similar to GoodPop, JonnyPops markets itself as selling products that consumers supposedly "can feel good about sharing with your entire family":

**SIMPLE INGREDIENTS**

**DELICIOUS TASTE**

**KINDNESS IN EVERY POP**

We use simple ingredients you can feel good about sharing with your entire family.

Simple ingredients mean delicious taste.

You'll find a kind deed printed on every stick because we believe sharing kindness makes the world a better place.

27.     And again, just like GoodPop, JonnyPops also advertises its mission to be to "Make The World A Better Place, One Pop At A Time."  JonnyPops prominently represents itself as providing "A Better Pop for a Better World."  JonnyPops also states prominently on its website that they "Believe That Sharing Kindness Helps Us Achieve Our Mission Of Making The World A Better Place, One Pop At A Time":

## KIND DEEDS AT THE CORE

JonnyPops Mission Is To Create "A Better Pop For A Better World TM." In Honor Of Our Namesake, Each JonnyPop Is Printed With A Good Deed Because We Believe Sharing Kindness, Through Actions Big And Small, Helps Us Achieve Our Mission Of Making The World A Better Place, One Pop At A Time.



28. Not only has JonnyPops copied GoodPop's genuine mission and brand positioning, JonnyPops has also been trying to copy GoodPop's products. GoodPop's pops were the world's first "cleaned up classic" popsicles that were made with 100% fruit juice with no added sugars, marking a major contrast with the typical popsicles made with mostly sugar and water.

29. Starting in 2019, though, JonnyPops launched its own line of pops that look remarkably similar to GoodPop's pops. On information and belief, JonnyPops models its pops after GoodPop's pops, seeking to implement the same flavors and target the same health-conscious consumers. That is why they have nearly identical flavors and similar package design and claims, though an estimated 90 to 98% less juice content with a reliance on significant added cane sugar for sweetness. For example, as seen below, the JonnyPop Red White & Boom pops and the GoodPop Cherry N' Lemonade ice pops feature the same color scheme and flavors.



30.    Additionally, in an attempt to get the attention of GoodPop's target consumers, JonnyPops makes the same prominent representations across its entire line of ice pops to mimic GoodPop's claims of healthy, better-for-you frozen treats.  For example, JonnyPops prominently depicts images of fruit on the front of the box and includes the "USDA ORGANIC" symbol:



31.     On information and belief, JonnyPops mimics GoodPop to unfairly procure the goodwill resulting from GoodPop's truthful marketing that most of its pops are made with 100% real fruit juice and no added sugar.

32.     JonnyPops also states on all of its ice pops packaging that the products are "made with simple ingredients."  This is part of a larger push by JonnyPops to portray its ice pops as "better-for-you" and appropriate for families.  For example, on March 20, 2024, JonnyPops CEO and co-founder Erik Brust stated on CBS News Minnesota that, though JonnyPops started off selling "smoothie[s]-on-a-stick," it started "making these better-for-you, simple ingredient pops" and that "a couple years ago we got into these really fun organic layered water pops, and these have been just a huge hit with families and just, like, opens up a new segment to us because our

original ones were dairy, ice cream-based treats."[1]

33.    The "simple ingredient" representations are not limited to JonnyPops's packaging. On JonnyPops' website, they prominently represent that they "use simple ingredients you can feel good about sharing with your entire family" and that "simple ingredients mean delicious taste."[2]

34.    JonnyPops also markets the same specifications and marketing materials for its ice pops, representing that they are made with "simple ingredients" that offer the "wholesome nutrition of a fruit bar."  Examples of these third-party representations include:



Jonny Pops

Simple ingredients means more delicious taste. Our pops have the creamy consistency of ice cream, with the wholesome nutrition of a fruit bar.



Nature's Pavilion
@NaturesPavilion    Follow  ...

Made with 100% organic real fruit, Jonny Pops let you enjoy the creamy consistency of ice cream with the wholesome nutrition of a fruit bar. Now on sale at Nature's Pavilion!

#naturespavilion #jonnypops #lemoncreampieday

7:09 AM · Nov 29, 2023 · **16** Views

---

[1] https://www.cbsnews.com/minnesota/video/frozen-treat-JonnyPops-has-four-new-organic-flavors/

[2] https://www.JonnyPops.com/

35.    On information and belief, JonnyPops's use of the "simple ingredient" representations is another way to mimic GoodPop's guarantee that GoodPop pops are a healthy choice for the entire family.

36.    JonnyPops's copying of GoodPop has led to considerable confusion in the past few years.  As just one example, JonnyPops was sued in California state court in early 2024 by consumers alleging false advertising and unfair competition regarding the fruit depictions on its packaging.  However, when GoodPop's sales team attended a sales convention for the food industry in March 2024, GoodPop representatives repeatedly interacted with retail customers who believed that GoodPop, not JonnyPops, had been sued for false advertising.  Consumers were confusing JonnyPops and GoodPop so much so that, on March 20, 2024, GoodPop issued a formal letter to customers to address the confusion:



*JonnyPops Relies on False and Misleading Packaging and Advertising*

37.    Though JonnyPops has tried to mimic GoodPop, it has failed to do so in the most significant way for consumers: create a better-for-you product with truthful claims in packaging and advertising.  As detailed throughout this Complaint, JonnyPops's pops are not better for consumers, nor do they contain accurate and truthful representations.

38.    **False Advertising #1:** Table 1 below shows various JonnyPops pops that claim on the front of their packaging to contain various fruits, but do not actually contain those fruits at all or in meaningful quantities.  JonnyPops's packaging also claims that the products use "simple ingredients," which further implies to consumers that the products are primarily made of fruit, something consumers consider to be a simple ingredient.  In addition, JonnyPops claims on its website and to retailers that its product is made with ingredients like "100% real fruit."  It also states on its website that consumers should choose JonnyPops because, unlike JonnyPops, the "frozen novelty section is full of fake fruit pops":



Why Should I Choose JonnyPops For Myself + My Family?

The frozen novelty section is full of fake fruit pops or indulgent (high calorie and artificial) treats. We hit the sweet spot, with our pops rounding out at less than 200 calories, but many with the same taste and texture of ice cream.

39.    Accordingly, nearly 50% of survey respondents who saw the front of JonnyPops's "Fruit Stacks" product believed that it is primarily made out of fruit.  And over 78% believed that the product contains at least 50% fruit, with a third believing that it contains at least 90% fruit. However, on information and belief, these pops have less than 2% fruit content.

| TABLE 1 | | |
|---|---|---|
| **Packaging** | **Top Two Ingredients** | **Alleged "Fruit" in Product** |
|  | Purified Water<br>Organic Cane Sugar | Organic Fruit and Vegetable Juice for Color<br><br>Organic Orange Juice Concentrate<br><br>Organic Cherry Juice Concentrate |
|  | Purified Water<br>Organic Cane Sugar | Organic Cherry Juice Concentrate |
|  | Purified Water<br>Organic Cane Sugar | Organic Fruit and Vegetable Juice for Color<br><br>Organic Orange Juice Concentrate<br><br>Organic Strawberry Juice Concentrate |
|  | Purified Water<br>Organic Cane Sugar | Organic Lime Juice Concentrate |

| TABLE 1 | | |
|---|---|---|
| Packaging | Top Two Ingredients | Alleged "Fruit" in Product |
|  | Purified Water<br>Organic Cane Sugar | Organic Orange Juice Concentrate<br><br>Organic Fruit and Vegetable Juice for Color |
|  | Purified Water<br>Organic Cane Sugar | Organic Fruit and Vegetable Juice for Color<br><br>Organic Cherry Juice Concentrate<br><br>Organic Strawberry Juice Concentrate |
|  | Purified Water<br>Organic Cane Sugar | Organic Cherry Juice Concentrate |

40.     **False Advertising #2**:  Based on observing the front of JonnyPops's "Fruits Stacks" product packaging, 61% of survey respondents believed that the majority of sugar in the product came from fruit, not added sugar.  In addition, JonnyPops claims on its website and to retailers that its product has the "wholesome nutrition of a fruit bar."

41.     However, Table 2 shows that all, or the vast majority of sugar, in JonnyPops's products come from added cane sugar, not fruit.  These figures are from JonnyPops's packaging but, upon information and belief, the actual amount of added cane sugar is higher.

| TABLE 2 | | |
|---|---|---|
| **Packaging** | **Added Cane Sugar** | **Other Sugars** |
|  | 10 grams | 0 grams |
|  | 10 grams | 0 grams |
|  | 10 grams | 1 gram |
|  | 10 grams | 0 grams |
|  | 10 grams | 1 gram |
|  | 10 grams | 1 gram |
|  | 13 grams | 0 grams |

***JonnyPops's False Advertising Misleads Consumers and Harms GoodPop***

42.    JonnyPops's false advertising and deception misleads consumers throughout the United States, as it sells its pops virtually everywhere in the country.  The false representations are found on the front of the packaging for JonnyPops's pops, which is the most important location for the highly competitive shelf space in supermarkets, as seen in the following picture from a Whole Foods store in Austin:



43.    Given the overwhelming number of options facing consumers at supermarkets, JonnyPops's targeted consumers rely mostly on the depictions on the front of the packaging with the false and misleading statements while making their purchasing decisions.  Regardless of whatever disclaimers or caveats exist elsewhere on the packaging, consumers shopping for frozen treats in supermarkets and grocery stores do not typically read the ingredient lists or other fine print while making their purchasing decisions, especially where, as shown in the above picture, products considered "healthy" are positioned near one another, or even on the *same* shelf.

44.    Consumer reviews available on the internet show that JonnyPops's false advertising has had the intended effect, making consumers believe that it is truly a better-for-you product:

- "it has a lower sugar content and appears to be a better for your product that your typical pop"

- "this is a low sugar product";

- "They're much lower in sugar without sacrificing texture or flavor!";

- "This is a great healthy alternative to traditional popsicles with less sugar.";

- "I love that they are organic with minimal added sugar";

- "low sugar treat";

- "without too much sugar";

- "I found it a great alternative to traditional sugary popsicles and the rainbow colors make them all the more fun for my kid.  I like the fact that they are not made with artificial colors and high-quality ingredients make them a perfect choice for parents like me who don't want to give their kids a treat without loading them with sugar.";

- "I love this brand, and the simple ingredients that I feel good about giving my children.";

- "These were really tasty fruit Popsicles!  I liked that they were made of all natural ingredients and had good nutrition compared to a lot of sugar brands.";

- "My grandkids really enjoyed these.  This is a great healthy snack option for kids."

- "best part is no much sugar added"

- "It was a hit with the little ones and as a mom knowing that this treat is a healthy one makes me feel happy to know that this is okay to eat";

- "[T]hese are marketed as a 'healthier' popsicle option" but have "enough sweetness to still be an enjoyable dessert"; and

- 21 -

- "I love that it was organic and healthier than other popsicles."

45.    In fact, even *certified nutritionists* have been misled by JonnyPops.  For example, a nutritionist with more than 1 million followers on social media recommended popsicles for the summer.  In doing so, she noted that many products have "excess sugar" and that kids should have minimal, or no, added sugar depending on their age.  Yet in the same post where she correctly identified the harms of sugar for kids, one of her recommended popsicles for the summer was *JonnyPops* with its high levels of added sugar.  Indeed, the third-party pop that this nutritionist recommended that consumers replace with JonnyPops has about 5 grams of added sugar per pop, while JonnyPops has *10 or more grams*, more than 100% more.  If a certified nutritionist can be misled, certainly the average consumer will be.

46.    The survey results referenced throughout this Complaint also confirm the effect of JonnyPops's false and misleading marketing, including:

- About 72% of respondents said they believed JonnyPops's pops were primarily made up of either fruit or fruit juice concentrate.

- Of 300 respondents, only 24 people chose both water and sugar as the top two ingredients in JonnyPops.  By contrast, 267 people chose fruit, fruit puree, or fruit juice concentrate as one of the top two ingredients.

- About 70% of respondents believed the depicted fruits on the packaging were contained in the product.

- Over 78% of respondents believed that the product contained either 50% fruit or at least 90% fruit.

- 60% of respondents believed the product contained less sugar than the average ice pop, and 66% believed that the product was healthier than the average ice pop.

47.    The consumer survey also supports the conclusion that the representations on the packaging are material to consumer decisions, including that 54% of respondents stated they would

be less likely to purchase the product if they knew that over 90% of the calories came from added sugar.

48.    Due to its deception, JonnyPops's false advertising harms consumers.  For example, various guidelines confirm that JonnyPops's levels of added sugar are not healthy for consumers, especially the children that JonnyPops targets for its products.  The American Heart Association recommends that children consume less than 25 grams of added sugars per day, while children under the age of 2 should avoid added sugars altogether.  The HHS and USDA's Dietary Guidelines for Americans for 2020-2025 also state that infants and young children should avoid added sugars.  In other words, the added sugars in only one of JonnyPops's ice pops—11 to 13 grams of sugar—exceeds the amount of added sugars recommended for infants and constitutes about half the recommended intake for young children.  This is especially troubling, given that JonnyPops markets its ice pops as being consumed by infants and toddlers:



49.     Finally, as detailed above, JonnyPops's false advertising harms GoodPop. GoodPop products have to compete directly with the false representations made on the front of JonnyPops's packaging.  Given that consumers' initial purchasing decisions rely on quick glances at the front of the boxes of the many different options facing them in the frozen treats section of the grocery store, JonnyPops has enjoyed an unfair advantage through the use of its false and misleading representations.

50.     Retailers over the last decade have increasingly sought products that are "better" for consumers.  Due to JonnyPops's willful and repeated false statements and deceptive language and, upon information and belief, false statements and deceptive language in sales presentations made by JonnyPops to retailers, retailers often put GoodPop pops and JonnyPops pops next to each other in the better-for-you section of their stores.  This gives the implication that the two offer similar better-for-you products, even though GoodPop's ice pops are made with real fruit juice, while JonnyPops's ice pops are almost entirely added sugar and water despite their misleading depictions of fruits.  Upon information and belief, retailers stock JonnyPops's pops in their better-for-you section based on JonnyPops's misrepresentations and are, or would be, surprised to learn that the pops are just sugar and water.  And where retailers have limited space to stock either GoodPop or JonnyPops in their better-for-you section, retailers have chosen JonnyPops due to its deceptive sales presentations, because JonnyPops is not truly a better-for-you product.

51.     But the misrepresentation that allows JonnyPops to gain shelf space and brand power harms GoodPop.  Upon information and belief, GoodPop has lost retail shelf space to JonnyPops due to the false advertising described herein, leading to a lower market share and sales for GoodPop and a higher market share and sales for JonnyPops.  Consumers also purchase JonnyPops's pops over GoodPop's pops due to the false advertising, causing GoodPop to lose

sales and market share and JonnyPops to improperly gain sales and market share.  Indeed, when JonnyPops began selling next to GoodPop as a better-for-you product in one health grocer, GoodPops's sales velocity declined by about 25%.

52.     In March 2024, after being sued earlier in the year year for false advertising, JonnyPops announced in a press release that it was releasing a "no sugar added" product.[3]  Yet this "no sugar added" product is *still* not available for sale.  And any retail space and/or sales that JonnyPops is able to get for this new product will be on the back of years of intentional deception that allowed JonnyPops to gain substantial fame and recognition among retailers and consumers. Therefore, even if JonnyPops finally begins to comply with advertising law, its success will be forever infected by its willful deception of retailers and consumers.

## <u>FIRST CAUSE OF ACTION</u>

### (Violation of Section 43(a) of the Lanham Act, 15 § U.S.C.)

53.     GoodPop incorporates all other allegations in this Complaint.

54.     Section 43(a) of the Lanham Act creates a federal cause of action for any person injured by false or misleading descriptions or representations of fact that "in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities."

55.     As described in paragraphs 37 through 41 above, JonnyPops has made false and misleading representations regarding its products.  In addition, as described above, JonnyPops has knowingly induced and/or caused third parties—including retailers—to engage in additional acts of false advertising by repeating JonnyPops's false statements.

56.     JonnyPops knew or should have known that their advertising activities are false,

---

[3] https://www.prnewswire.com/news-releases/JonnyPops-debuts-line-of-organic-mini-no-sugar-added-pops-302102793.html

misleading, and deceptive.

57.    JonnyPops's false and misleading representations actually deceived, or in the alternative, have a tendency to deceive, a substantial portion of their intended audience.

58.    JonnyPops's deception is material and is likely to influence consumers' purchasing decisions.  Its violations have caused harm to the public and, unless restrained, will further damage the public.

59.    JonnyPops's pops at issue are offered in interstate commerce.  Similarly, JonnyPops's false and misleading statements were and are made in commercial advertising and promotion in interstate commerce.

60.    JonnyPops's violations have proximately harmed GoodPop.  As a result of JonnyPops's violations, GoodPop has suffered and will continue to suffer damage to its business and goodwill.  GoodPop has and will lose sales and profits and incur increased advertising and marketing costs.  In addition, JonnyPops has improperly gained profits due to its violations.

61.    GoodPop's immediate, irreparable injuries have no adequate remedy at law, and GoodPop is entitled to injunctive relief.  GoodPop is also entitled to up to three times its actual damages and/or an award of JonnyPop's profits, as well as costs and GoodPop's reasonable attorney fees under 15 U.S.C. §§ 1116–17.

## SECOND CAUSE OF ACTION

## (Violation of California's Unfair Competition Law ("UCL") under California Business and Professions Code §§ 17200, *et seq.*)

62.    GoodPop incorporates all other allegations in this Complaint.

63.    California's UCL provides a private right of action against any person who engages in "unfair competition."  Any person who has "suffered injury in fact and has lost money or property as a result of the unfair competition" may bring suit.  The UCL has three "prongs," two

of which prohibit "unlawful" or "unfair" business acts or practices.

64.     JonnyPops has sold, and currently sells, its pops with the false statements and misrepresentations identified herein throughout California, both in physical retail stores (like Costco and Sprouts) in California and through online retailers (like Walmart and Ralphs) who ship JonnyPops's pops to California residents.

65.     JonnyPops has violated the "unlawful prong" because its conduct violates several state and federal laws and regulations.  Its marketing of its pops violates: (1) California's False Advertising Law; and (2) the Federal Lanham Act.

66.     JonnyPops has also violated the "unfair prong" because its conduct violates public policy.  As embodied in California's False Advertising Law and Sherman Law, California has a strong policy in favor of truthful advertising—particularly when public health is on the line. JonnyPops's conduct also violates this prong because it is unethical and unscrupulous.  JonnyPops has implemented a scheme to harm GoodPop by, as detailed above, taking actions to trade on GoodPop's goodwill.

67.     JonnyPops's unlawful and unfair practices have caused and continue to cause substantial and irreparable competitive and commercial injury to GoodPop.  GoodPop has lost and will continue to lose sales, profits, goodwill, and advertising as a result of JonnyPops's conduct. GoodPop also has incurred and will incur increased advertising and marketing costs to counteract defendants' unlawful conduct.

68.     These substantial injuries are not outweighed by any countervailing benefits to consumers, particularly because of California's policy in favor of truthful advertising.

69.     Unless restrained, JonnyPops will continue to cause further competitive and commercial harm to GoodPop.

70.     GoodPop has no adequate remedy at law and is entitled to injunctive relief and restitution under Section 17203 of the California Business and Professions Code.

## PRAYER FOR RELIEF

WHEREFORE, GoodPop prays for judgment as follows:

a.   Judgment in favor of GoodPop on all claims;

b.   For compensatory damages in an amount to be determined at trial;

c.   Appropriate injunctive relief, including a permanent injunction;

d.   A declaration that this is an "exceptional case" due to the willful nature of JonnyPops's unlawful conduct, and awarding damages and attorneys' fees and costs to GoodPop pursuant to 15 U.S.C. § 1117, and any other damages including treble damages and attorneys' fees to the full extent allowable under the law;

e.   Reasonable costs and expenses incurred in this action, including attorneys' fees and costs of the suit, to the full extent permitted by the law;

f.   Pre-judgment interest on all such damages, monetary or otherwise;

g.   All other relief, legal or injunctive, as this Court may deem just and proper.

## JURY DEMAND

GoodPop demands a trial by jury on all claims for which trial by jury is proper.

Dated:  June 27, 2024                                  /s/  Leah Bhimani Buratti

**BOTKIN CHIARELLO CALAF**
Leah Bhimani Buratti, TX Bar No. 24064897
leah@bccaustin.com
1209 Nueces St.
Austin, TX 78701
Telephone:     (512) 615-2341

**HUESTON HENNIGAN LLP**
John C. Hueston, CA State Bar No. 164921
jhueston@hueston.com
(*pro hac vice* forthcoming)
Sourabh Mishra, CA State Bar No. 305185
smishra@hueston.com
(*pro hac vice* forthcoming)
Christine M. Woodin, TX Bar No. 24100051
cwoodin@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

*Attorneys for Plaintiff*