UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AUSTIN'S NATURAL FROZEN POPS, INC.,** *Plaintiff* | § § § § § § § § | 
| **v.** | No. 1:24-CV-00716-RP |
| **JONNY POPS, LLC,** *Defendant* | |

### ORDER

Before the Court are motions to compel filed by Plaintiff Austin's Natural Frozen Pops, Inc. ("GoodPop"), Dkt. 39, and Defendant Jonny Pops, LLC ("JonnyPops"), Dkt. 42. The District Judge referred the motions to the undersigned for disposition. The Court set the motions for hearing, Dkt. 55, and after considering the parties' filings, the record as a whole, and the applicable law, the Court announced its rulings, and the reasons for those rulings, on the record. This written order memorializes that oral ruling.

As to GoodPop's motion, Dkt. 39, for the reasons stated on the record, the Court **GRANTS IN PART and DENIES IN PART** the motion. In particular, the Court grants the motion with respect to all RFPs raised in the motion *except* RFP 35. The Court **ORDERS** the parties to confer regarding the protocol and timing of the remaining production. Additionally, as noted on the record, to the extent that the parties cannot agree on the protocol for carrying out this production, the parties may

confer and propose to the Court a schedule for providing a brief joint filing raising any such issues, which the Court will decide in a subsequent hearing.

On the topic of subsequent hearings, with respect to JonnyPops' motion, Dkt. 42, the Court **CONTINUES** the hearing and **ORDERS** GoodPop to file and serve, no later than August 1, 2025, a privilege log detailing any responsive documents it is withholding on the basis of the attorney-client privilege, work-product doctrine, or any other privilege. The Court **FURTHER ORDERS** GoodPop to provide these withheld documents to the Court for *in camera* review, no later than August 1, 2025. The Courtroom Deputy for the Court will contact counsel with instructions on how to upload the documents, and a naming convention for the files to ensure they are easily located and reviewed by the Court. After the Court has reviewed the materials, the Court will provide the parties with a schedule for filing any supplemental briefing and a hearing.

SIGNED July 18, 2025.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE